## Joe RAMSHAY v. STATE. (No. 13141.)

Court of Criminal Appeals of Texas. Jan. 1, 1930.

Bert G. Ashby, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Rape by force is the offense; punishment fixed at confinement in the penitentiary for a period of 75 years.

The indictment is regular. The facts which were heard by the trial court are not brought forward for review; nor is there any com-

plaint, by bills of exceptions or otherwise, of the rulings of the trial court.

The judgment is affirmed.

HAWKINS, J., absent.